IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAMON MUNGIA, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:13-cv-1131-M |
| MS. HILL, | § § § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case. Plaintiff filed objections on April 2, 2013, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Plaintiff may not proceed *in forma pauperis* in this civil action because he is barred by the three-strikes provision of 28 U.S.C. § 1915(g). Plaintiff is therefore ORDERED to pay the $350.00 statutory filing fee within 20 days after the date of this order if he wishes to pursue his claims. If he fails to do so, this case will be dismissed, without prejudice, without further notice.

SO ORDERED this 19th day of April, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS